HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org
Attorney for Defendant
SONYIA CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr. S. 2:23-CR-0092-DAD |
| Plaintiff, | STIPULATION AND ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| SONYIA CRUZ, | Hon. Dale A. Drozd |
| Defendant. | |

Plaintiff United States of America, through Assistant United States Attorney Jason Hitt, and Defendant Sonyia Cruz, through Assistant Federal Defender Rachelle Barbour, hereby stipulate and request that the Court terminate Ms. Cruz's term of supervised release pursuant to 18 U.S.C. § 3583(e)(1). The Probation Office, through Probation Officer Paco Yee, concurs with this request. Ms. Cruz's 36-month term of supervision began on January 29, 2023. Ms. Cruz has completed over two years of her three-year supervisory term in complete compliance. For the last ten months, Ms. Cruz has been on the low-risk caseload. Ms. Cruz has no conditions requiring ongoing programming, treatment, or counseling.

The parties agree that Ms. Cruz qualifies for early termination of his supervision under Title 18, section 3583(e)(1) of the United States Code, which authorizes the Court to terminate a defendant's term of supervised release at any time after the expiration of one year of supervision if the Court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Ms. Cruz was 52 years old at the time of her original case and had no prior criminal history or any involvement with substance abuse.  Her husband was her codefendant.  They were convicted of driving marijuana cross country and laundering the proceeds.  Ms. Cruz has a severely autistic son who requires ongoing care at home.  The District Court in Maryland staggered her sentence with that of her husband so that they could care for their son.  Upon her release, Ms. Cruz returned home and began working again and caring for her family.  She currently works as a personal shopper for Instacart, as that allows her to keep her son by her side while she works.

In light of Ms. Cruz's performance on supervision, and with the support of her Probation Officer, the parties request that the Court order her supervision terminated and discharge her in this matter.  A proposed order is provided below.

Dated:  February 10, 2025          Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

*/s/ R. Barbour*

RACHELLE BARBOUR
Assistant Federal Defender
Attorney for SONYIA CRUZ

Dated: February 10, 2025           MICHELE BECKWITH
Acting United States Attorney

*/s/ JASON HITT*
JASON HITT
Assistant United States Attorney

ORDER

For the reasons set forth in the parties' stipulation, with the support of the Probation Office, and good cause appearing the Court hereby orders that Ms. Cruz be discharged from Supervised Release and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:    **February 10, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE